UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR13-0486-EJD |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER DISMISSING |
| | ) INDICTMENT AGAINST DEFENDANT DAVID |
| v. | ) HUYNH |
| | ) |
| DAVID HUYNH, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| _____ | ) |

The defendant, DAVID HUYNH, represented by Steve Pogue, Esquire, and the government, represented by Amie D. Rooney, Assistant United States Attorney, appeared before the Court on March 25, 2019, for a hearing on the government's previously filed Motion to Dismiss, dated July 29, 2016, Docket No. 232, which has been under submission before this Court. For good cause shown, leave is granted to the government to dismiss the Superseding Indictment as to this defendant.

It is further ordered that the bond be exonerated and returned to the defendant.

SO ORDERED.

DATED: ___4/2/2019___

_____
HON. EDWARD J. DAVILA
United States District Judge

ORDER OF DISMISSAL OF DEF. HUYNH
Case No. CR13-0486-EJD